Case 1:19-mj-03957-EGT   Document 1   Entered on FLSD Docket 12/05/2019   Page 1 of 2

FILED BY __YR__ D.C.

Dec 5, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami



U.S. Department of Justice

United States Attorney
Southern District of Florida

# 19-3957-MJ-TORRES

99 N.E. 4th Street
Fourth Floor
Economic Crimes Section
Miami, Florida 33132
(305) 961-9061

December 4, 2019

**VIA EMAIL TO COUNSEL**

Frank Bianco

Re:   **Wire Fraud Investigation**

Dear Mr. Bianco:

    This letter is to inform you that the United States Federal Bureau of Investigation is conducting an investigation involving allegations of conspiracy to commit wire fraud, and wire fraud, perpetrated by you. Specifically, according to information supplied to this Office by the FBI, you participated in a scheme to defraud investors by, among other things, soliciting funds for investment, which funds you then misappropriated for your personal use and benefit. Your alleged conduct implicates serious violations of federal criminal law, including Title 18, United States Code, Sections 1349 and 1343, and, if you are convicted, could result in the imposition of a term of imprisonment, fine, and/or restitution.

    The FBI has completed the initial evaluation of the evidence, and we are now prepared to go forward with criminal charges related to the above-described conduct. If necessary, we intend to present the matter to a grand jury for indictment.

    Although you are not obligated to make any statement to law enforcement, you may wish to supply your version of the events in question to interviewing agents, for the purpose of cooperating in this investigation. You may also wish to seek the assistance of an attorney before making any such statement. If you do wish to make a statement, I suggest that you have your attorney contact me as soon as possible in order to discuss this matter. If you cannot afford an attorney, you may provide this letter to the Clerk of the United States District Court for the Southern District of Florida, located at 400 North Miami Avenue, 8th Floor, in Miami, and an attorney will be assigned for you.

Please contact me if you wish to schedule a court appearance for the purpose of appointing counsel. I can be reached at (305)-961-9061.

Finally, should you decide to retain an attorney, no adverse inference will be drawn strictly as a result of your decision to seek the advice of counsel before giving a statement. In addition, should an attorney acting upon your behalf wish to contact me, I would be willing to engage in limited discussion with counsel regarding your status in this investigation, as well the extent, if any, to which you would be willing to provide information to federal investigators.

Sincerely,

Amanda Perwin